JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM STULL, an individual, ) | |
| ) | |
| Plaintiff and ) | CASE NO. CV 09-6081-R |
| Counter-defendant, ) | |
| ) | |
| vs. ) | |
| ) | **JUDGMENT** |
| MICHAEL FOX, an individual, ) | |
| ) | |
| Defendant and ) | |
| Counterclaimant. ) | |
| ) | |
| _____ ) | |

This action came before the Court for a bench trial on July 6-7, 2010, with closing arguments on August 13, 2010.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Judgment is entered as to all claims and counterclaims in accordance with this Court's Findings of Facts and Conclusions of Law.

2. Pursuant to California Corporations Code section 16801(5)(B)&(C), the partnership shall be wound up in accordance with the California Uniform Partnership Act of 1994. And any

remaining monies shall be distributed according to the partnership agreement and as stated in this Court's Findings of Fact and Conclusions of Law.

Dated:  October 4, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE